UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06CV227

| | |
|---|---|
| JOHN KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER ALLOWING** |
| ) | **PRO HAC VICE ADMISSION** |
| NEWGEN TECHNOLOGIES, INC., and ) | |
| REFUEL AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

FOR GOOD CAUSE SHOWN it is hereby ORDERED that Nicholas David Donnermeyer is hereby admitted *pro hac vice* to the United States District Court for the Western District of North Carolina for the purpose of appearing as counsel for Plaintiff John King in the above-captioned matter. If he has not already done so, Mr. Donnermeyer should pay the appropriate fee to the Clerk.

Signed: July 10, 2006

David C. Keesler
United States Magistrate Judge