# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:06CV227

| | |
|---|---|
| JOHN KING, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NEWGEN TECHNOLOGIES, INC., and )<br>REFUEL AMERICA, INC., )<br>)<br>Defendants. )<br>_____) | **ORDER** |

Having considered the parties' Stipulation of Withdrawal of Plaintiff's Motion for Entry of Default and Consent to Defendants' Motion to Permit the Filing of a Responsive Pleading Out of Time, and for good cause shown, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Entry of Default filed June 19, 2006 (Document 6) is **WITHDRAWN**.

2. Defendants' Motion to Permit the Filing of a Responsive Pleading Out of Time filed June 21, 2006 (Document 10) is **GRANTED**.

3. Defendants' Answer to Plaintiff's Complaint shall be deemed **FILED** on the date of this Order, and shall be entered on the docket for this matter accordingly.

4. The parties shall each bear their own respective costs with regard to the matters referenced in their Stipulation filed July 6, 2006, including attorneys' fees.

Signed: July 10, 2006

David C. Keesler
United States Magistrate Judge